UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY BERGET,

                Plaintiffs,

-against-

SLICE SOLUTIONS, INC.

                Defendant.

25-CV-9078 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall update the Court by joint letter within three weeks as to the status of settlement discussions.

**SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge

April 6, 2026